## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| WARREN GANUES and DOMINIC VARRIALE, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> WORLD WRESTLING ENTERTAINMENT, INC., VINCENT K. MCMAHON, and GEORGE A. BARRIOS, <br><br> Defendants. | Civil Action No. 3:14-cv-01070-AWT <br><br> CLASS ACTION <br><br> **RESPONSE OF ADNAN SHAFEEQ TO COMPETING LEAD PLAINTIFF MOTIONS** |
| CURTIS SWANSON, on Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> WORLD WRESTLING ENTERTAINMENT, INC., VINCENT K. MCMAHON, and GEORGE A. BARRIOS, <br><br> Defendants. | Civil Action No. 3:14-cv-01228-JCH <br><br> CLASS ACTION |

Lead Plaintiff movant, Adnan Shafeeq ("Mr. Shafeeq"), respectfully submits that after reviewing the motions filed by the various lead plaintiff movants in the above-captions actions, it appears that Lead Plaintiff movant the WWE Family Investor Group, with claimed losses of over $3 million, has the largest financial interest in the relief sought in the litigation and is, therefore, the presumptive Lead Plaintiff.

No Oral Argument Requested

In the event that the Court does not appoint WWE Family Investor Group as Lead Plaintiff, Mr. Shafeeq, who has the second largest financial interest in the relief sought from among the Lead Plaintiff movants and is, therefore, next in line to be appointed Lead Plaintiff, stands ready, willing and able to serve as Lead Plaintiff.

Dated:   October 3, 2014										IZARD NOBEL LLP

*/s/ Mark P. Kindall*
Mark P. Kindall
Robert A. Izard
Seth R. Klein
29 South Street, Suite 305
West Hartford, Connecticut 06107
Telephone: (860) 493-6292
Facsimile: (860) 493-6290
Email: mkindall@izardnobel.com
Email: rizard@izardnobel.com
Email: sklein@izardnobel.com

*Counsel for Adnan Shafeeq and*
*Proposed Liaison Counsel for the Class*

BROWER PIVEN
   A Professional Corporation
David A.P. Brower
475 Park Avenue South, 33rd Floor
New York, New York 10016
Telephone: (212) 501-9000
Facsimile:  (212) 501-0300
Email: brower@browerpiven.com

BROWER PIVEN
   A Professional Corporation
Charles J. Piven
1925 Old Valley Road
Stevenson, MD 21153
Telephone: (410) 332-0030
Facsimile:  (410) 685-1300
Email: piven@browerpiven.com

*Counsel for Adnan Shafeeq and*
*Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that the Response of Adnan Shafeeq to Competing Lead Plaintiff Motions was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on October 3, 2014.

*/s/ Mark P. Kindall*
Mark P. Kindall