UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2016 MAR 31 P 8:14

US DISTRICT COURT
HARTFORD CT

IN RE WORLD WRESTLING ENTERTAINMENT, INC. SECURITIES LITIGATION : CASE NO. 3:14-CV-1070 (AWT)

## JUDGMENT

This action having come on for consideration of the defendants' motion to dismiss the plaintiffs' consolidated amended complaint, before the Honorable Alvin W. Thompson, United States District Judge, and the Court having considered the motion and the full record of the case including applicable principles of law, and having issued a ruling granting the motion; it is therefore;

**ORDERED, ADJUDGED AND DECREED** that judgment enter in favor of the defendants World Wrestling Entertainment, Inc., Vincent K. McMahon, George A. Barrios, Michelle D. Wilson and Stephanie McMahon Levesque, and this case is closed.

Dated at Hartford, Connecticut, this 31st day of March, 2016.

ROBIN D. TABORA, Clerk

By /s/ Linda S. Ferguson
Linda S. Ferguson
Deputy Clerk

EOD: 3/31/16